THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AUGUST FAUCETTA, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES ROZEA, Appellant.

Submitted March 5, 1942; decided April 23, 1942.

*Charles Berlin* and *Charles Rothaus* for August Faucetta, appellant.

*Mordecai Konowitz* for Charles Rozea, appellant.

*Charles P. Sullivan, District Attorney (Edmund C. Rowan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.